United States District Court
WESTERN DISTRICT OF NEW YORK

DUSTIN SMITH

v.

COMMISSIONER OF SOCIAL SECURITY

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-cv-849

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is hereby reversed pursuant to sentence four of 42 U.S.C. § 405(g), and the case is remanded for further proceedings consistent with the parties' stipulation.

Date: February 27, 2026

MARY C. LOEWENGUTH
CLERK OF COURT

By: s / Donna
Deputy Clerk